**FILED**
December 14, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHUNG-ILL KANG, )<br>)<br>Defendant. ) | Case No. MAG. 07-0389-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

FILED
DEC 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL CHUNG-ILL KANG, Case No. MAG. 07-0389-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $150,000.00.

    _X_   Unsecured Appearance Bond - Interim

    ___   Appearance Bond with 10% Deposit

    _X_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The secured bond paperwork is to be filed by 01/04/08. The Defendant is ordered released forthwith under a $150,000.00 unsecured bond co-signed by his sister.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/14/07   at 2:44 pm

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge