```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    Assistant United States Attorneys
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone:  (916) 554-2767
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )  CR. No. S-07-00570 FCD
                                  )
12                   Plaintiff,   )  STIPULATION AND ORDER
            v.                    )
13                                )
                                  )
14  JOHN WAYNE CONN, et al.       )
                                  )
15                   Defendants.  )
    _____)
16
```

17    The defendants, through their undersigned counsel, and the
18 United States, through its undersigned counsel, agree and
19 stipulate that the status conference hearing currently scheduled
20 for Monday, February 25, 2008, should be vacated and continued
21 until Monday, **April 28, 2008**, at 10:00 a.m. for status
22 conference.
23    The continuance is necessary to allow defense counsel
24 sufficient time to investigate their cases and to meet with and
25 advise their respective clients, most of the defendants live
26 outside of the Eastern District of California and as far as
27 Humboldt County.  The parties further agree and stipulate that
28 time should be excluded under the Speedy Trial Act due to needs
   of counsel to prepare [local code T4] up to and including April

28, 2008.

Accordingly, the defendants and the United States agree and stipulate that the status conference should be continued until 10:00 a.m. on Monday, April 28, 2008.  Furthermore, the Defendants and the United States agree and stipulate that the needs of counsel to investigate their cases and for trial preparation and sufficient time to advise their respective clients exceeds the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.

Dated: February 21, 2007

          McGREGOR W. SCOTT
          United States Attorney

            /s/ Heiko Coppola
   By:_____
     Heiko Coppola
     Assistant U.S. Attorney

Dated: February 21, 2008

          JOHN WAYNE CONN
          Defendant


   By:/s/William E. Bonham
    WILLIAM BONHAM
    Counsel for Defendant

Dated: February 21, 2008

          MICHEL CHUNG-ILL KANG
          Defendant


   By:/s/ Alexandra Paradis Negin
    ALEXANDRA PRADIS NEGIN
    Counsel for Defendant

/
/
/

```
 1  /
 2  Dated: February 21, 2008
                                         LAKHVINDER SINGH
 3                                       Defendant
 4
 5                                  By:/s/ Johnny L. Griffin, III
                                         JOHNNY L. GRIFFIN, III
 6                                       Counsel for Defendant
 7
 8  Dated: February 21, 2008
                                         TARSEM SINGH
 9                                       Defendant
10
11                                  By:/s/ Lorie J. Teichert
                                         LORIE J. TEICHERT
12                                       Counsel for Defendant
13
14  Dated: February 21, 2008
                                         JAMES ASHFORD WHITE
15                                       Defendant
16
17                                  By:/s/ Michel Stepanian
                                         MICHAEL STEPIAN
18                                       Counsel for Defendant
19
20                                  By:/s/ Randy Sue Pollock
                                         RANDY SUE POLLOCK
21                                       Counsel for Defendant
22
23
24  /
    /
25  /
    /
26  /
    /
27  /
    /
28  /
```

**ORDER**

IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Monday, April 28, 2008 for further status.

I find that the continuance is necessary to allow defense counsel sufficient time to investigate their cases and to meet with and advise their respective clients, most of the defendants live outside of the Eastern District of California and as far as Humboldt County.  I further find that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] up to and including April 28, 2008.

Dated: February 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE