IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr-07-570 (FCD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER MODIFYING BOND AMOUNT |
| v. | ) | |
| | ) | |
| MICHAEL KANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    For the reasons set forth in the parties' Stipulation to Modify Bond filed on February 28, 2008, IT IS HEREBY ORDERED that the bond amount be modified to $120,000.00, secured by property.

Dated: February 29, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE