1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LEXI NEGIN, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL CHUNG-ILL KANG
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:07-cr-570 FCD
                                  )
14              Plaintiff,        )
                                  ) **STIPULATION AND ORDER**
15     v.                         ) **EXONERATING BOND**
                                  )
16 MICHAEL CHUNG-ILL KANG,        )
                                  )
17              Defendant.        )
                                  ) Judge: Hon. Frank C. Damrell
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Michael Chung-Ill Kang, through their
22 attorneys, that bond in the above case may be exonerated and the property
23 securing the bond may be reconveyed.
24     On December 14, 2007, the magistrate judge order Mr. Kang released
25 pending trial on a $150,000 secured bond, secured by a Grant Deed to a
26 Vancouver, Washington property (303 E. 16th. Street) owned by Caroline and
27 Keum Y. Kang.
28 ////

1     Due to the amount of equity being less than expected, the secured
2 bond amount was modified by the magistrate judge on February 29, 2008 to
3 $120,000, an amount that can be secured by the Vancouver, Washington
4 property.
5     The parties agree the bond should be exonerated and the property
6 reconveyed so that a new secured bond can be filed.

7                                               Respectfully submitted,

8                                               DANIEL J. BRODERICK
9                                               Federal Defender

10 Dated:   March 6, 2008          /s/ Lexi Negin
                                              LEXI NEGIN
11                                               Assistant Federal Defender
12                                               Attorney for MICHAEL CHUNG-ILL KANG

13                                               McGREGOR SCOTT
14                                               United States Attorney

15 Dated:   March 6, 2008          /s/ Heiko Coppola
                                              HEIKO COPPOLA
16                                               Assistant U.S. Attorney

17

18                                               **O R D E R**

19     Bond in the above case is exonerated so that a new secured bond in
20 the amount of $120,000 can be posted.  The Clerk of the Court shall
21 reconvey any property posted to secure the bond.
22     SO ORDERED.
23 Dated: March 6, 2008

24                                               EDMUND F. BRENNAN
25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28