```
DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL CHUNG-ILL KANG
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>JOHN WAYNE CONN,<br>MICHAEL CHUNG-ILL KANG,<br>LAKHVINDER SINGH,<br>TARSEM SINGH,<br>JAMES ASHFORD WHITE,<br><br>             Defendants. | CASE NO. 2:07-cr-0570 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |

    This case is currently scheduled for a status hearing on April 28, 2008.  The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case and to continue discussions with the government about resolution of the case.  The defendants requests that time be excluded from their speedy trial rights so that discussions with the government, discovery, preparation and investigation can continue.

    The parties, through their respective counsel, hereby stipulate and agree that the currently scheduled status hearing be continued to June 16, 2008, at 10:00 a.m.

1

1  The parties stipulate that the time period from the date of the
2 filing of this motion, April 23, 2008, to June 16, 2008, be excluded
3 under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code
4 T4), due to the need to provide defense counsel with the reasonable
5 time to review discovery and conduct investigation.
6  A proposed order is attached and lodged separately for the court's
7 convenience.

8 DATED: April 23, 2008
9  Respectfully submitted,
10
11 McGREGOR W. SCOTT                   DANIEL BRODERICK
   United States Attorney              Federal Defender
12
13  /s/Lexi Negin for Heiko Coppola     /s/ Lexi Negin
   HEIKI COPPOLA                        LEXI NEGIN
14 Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Rafiki Sadiki
15
                                        /s/ Lexi Negin for William E. Bonham
16                                      WILLIAM E. BONHAM
                                        Attorney for John Wayne Conn
17
                                        /s/ Lexi Negin for Johnny L. Griffin
18                                      JOHNNY L. GRIFFIN III
                                        Attorney for Lakhvinder Singh
19
                                        /s/ Lexi Negin for Lorie J. Teichert
20                                      LORIE J. TEICHERT
                                        Attorney for Tarsem Singh
21
                                        /s/ Lexi Negin for Michael Stepanian
22                                       And Randy Sue Pollock
                                        MICHAEL STEPANIAN,
23                                      RANDY SUE POLLOCK
                                        Attorneys for James Ashford White
24

25   IT IS SO ORDERED.
26 DATED: April 23, 2008
27
28                                      _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE