WILLIAM E. BONHAM
Attorney at law, SB #55478
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, California 95814

Telephone:  (916) 557-1113
Facsimile:  (916) 557-1118
Email: williambonhamatty@sbcglobal.net

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-00570 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JOHN WAYNE CONN, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Monday, June 16, 2008, should be vacated and continued until Monday, **August 25, 2008**, at 10:00 a.m. for status conference.

    The continuance is necessary to allow defense counsel sufficient time to investigate their cases where the investigation involves investigation in the East bay area and Humboldt County of the Northern District of California as well as the State of Washington and to meet with and advise their respective clients, most of the defendants live outside of the Eastern District of California and as far as Humboldt County and State of Washington.   Additionally Attorney John Crowley of

1  Seattle, Washington has filed a Substitution of Attorney to
2  represent defendant Tarsem Singh, however, has not become
3  attorney of record due to delay in filing Petition for admission
4  in this District to practice Pro Hac Vice until today, 6/12/08,
5  and, if granted, will need time for investigation and case
6  preparation and evaluation. I have been informed that Attorney
7  Crowley is available on August 25, 2008.  The parties further
8  agree and stipulate that time should be excluded under the Speedy
9  Trial Act due to needs of counsel to prepare [local code T4] up
10 to and including August 25, 2008.

11      Accordingly, the defendants and the United States agree and
12 stipulate that the status conference should be continued until
13 10:00 a.m. on Monday, August 25, 2008.  Furthermore, the
14 Defendants and the United States agree and stipulate that the
15 needs of counsel and for continuity of counsel with new counsel
16 for defendant Tarsem Singh, more time is imperative for effective
17 assistance of counsel, to investigate their cases and for trial
18 preparation and sufficient time to advise their respective
19 clients, exceeds the needs of the public for a trial within 70
20 days, so that the interests of justice warrants a further
21 exclusion of time.

24 Dated: June 12, 2008

25                              McGREGOR W. SCOTT
                                United States Attorney
26
                                    /s/ Heiko Coppola
27                           By:_____
                                Heiko Coppola
28                              Assistant U.S. Attorney

                                   2

1
2  Dated: June 12, 2008
3                                          JOHN WAYNE CONN
                                           Defendant
4                                       By:/s/William E. Bonham
                                           WILLIAM BONHAM
5                                          Counsel for Defendant
6
7  Dated: June 12, 2008
8                                          MICHEL CHUNG-ILL KANG
                                           Defendant
9                                       By:/s/ Alexandra Paradis Negin
                                           ALEXANDRA PRADIS NEGIN
10                                         Counsel for Defendant
11
12 Dated: June 12, 2008
                                           LAKHVINDER SINGH
                                           Defendant
13
14                                      By:/s/ Johnny L. Griffin, III
                                           JOHNNY L. GRIFFIN, III
                                           Counsel for Defendant
15
16 Dated: June 12, 2008
                                           TARSEM SINGH
17                                         Defendant
18                                      By:/s/ Lorie J. Teichert
                                           LORIE J. TEICHERT
19                                         Counsel for Defendant
20
21 Dated: June 12, 2008
                                           JAMES ASHFORD WHITE
22                                         Defendant
23                                      By:/s/ Michel Stepanian
                                           MICHAEL STEPIAN
24                                         Counsel for Defendant
25                                      By:/s/ Randy Sue Pollock
                                           RANDY SUE POLLOCK
26                                         Counsel for Defendant
27
28

**ORDER**

IT IS SO ORDERED.  This matter is continued until 10:00 a.m. on Monday, August 25, 2008 for further status.

I find that the continuance is necessary to allow defense counsel additional time to investigate their cases where the investigation involves investigation in the Northern District of California as well as in the State of Washington and to meet with and advise their respective clients, where defendants live outside of the Eastern District of California as well as for continuity of counsel where new counsel is hired for defendant Tarsem Singh who will require sufficient time for investigation and case preparation and evaluation.

I further find that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare per local code T4, up to and including August 25, 2008.

Dated: June 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE