WILLIAM E. BONHAM
Attorney at law, SB #55478
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, California 95814

Telephone:  (916) 557-1113
Facsimile:  (916) 557-1118
Email: williambonhamatty@sbcglobal.net

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CR.S-07-0570 FCD** |
|             Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| JOHN WAYNE CONN, et al. | ) | |
|             Defendants. | ) | |

   The defendants, through their undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Monday, August 25, 2008, should be vacated and continued until Monday, **October 27, 2008**, at 10:00 a.m. for status conference.

   The continuance is necessary to allow defense counsel sufficient time to investigate their cases where the investigation involves investigation in the East bay area and Humboldt County of the Northern District of California as well as the State of Washington and to meet with and advise their respective clients, most of the defendants live outside of the Eastern District of California and as far as Humboldt County and

1  State of Washington.  Particularly  Attorney John Crowley of
2  Seattle, Washington is in need of additional time for his
3  investigation after recently filing his Substitution of Attorney
4  to represent defendant Tarsem Singh, but was delayed in becoming
5  attorney of record due to process of filing Petition for
6  admission in this District to practice Pro Hac Vice.
7       Therefore, the Defendants and the United States agree and
8  stipulate that the needs of counsel and for continuity of counsel
9  with new counsel for defendant Tarsem Singh, more time is
10 imperative for effective assistance of counsel, to investigate
11 their cases and for trial preparation and sufficient time to
12 advise their respective clients, exceeds the needs of the public
13 for a trial within 70 days, so that the interests of justice
14 warrants a further exclusion of time.  Based on these factors,
15 the parties agree and stipulate that time should be excluded
16 under the Speedy Trial Act due to needs of counsel to prepare
17 [local code T4] up to and including October 27, 2008.
18      Accordingly, the defendants and the United States agree and
19 stipulate that the status conference should be continued until
20 10:00 a.m. on Monday, **October 27, 2008.**

24 Dated: August 21, 2008

                                McGREGOR W. SCOTT
                                United States Attorney

                                     /s/ Heiko Coppola
                            By:_____
                                  Heiko Coppola
                                  Assistant U.S. Attorney

```
Dated: August 21, 2008
                                    JOHN WAYNE CONN
                                    Defendant

                               By:/s/William E. Bonham
                                  WILLIAM BONHAM
                                  Counsel for Defendant


Dated: August 21, 2008
                                    MICHEL CHUNG-ILL KANG
                                    Defendant

                               By:/s/ Alexandra Paradis Negin
                                  ALEXANDRA PRADIS NEGIN
                                  Counsel for Defendant


Dated: August 21, 2008
                                     LAKHVINDER SINGH
                                     Defendant

                               By:/s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
                                  Counsel for Defendant


Dated: August 21, 2008
                                     TARSEM SINGH
                                     Defendant

                               By:/s/ John R. Crowley
                                  JOHN R. CROWLEY
                                  Counsel for Defendant


Dated: August 21, 2008
                                     JAMES ASHFORD WHITE
                                     Defendant

                               By:/s/ Michel Stepanian
                                  MICHAEL STEPIAN
                                  Counsel for Defendant

                               By:/s/ Randy Sue Pollock
                                  RANDY SUE POLLOCK
                                  Counsel for Defendant
```

**ORDER**

IT IS SO ORDERED. This matter is continued until 10:00 a.m. on Monday, October 27, 2008 for further Status Conference.

I find that the continuance is necessary to allow defense counsel additional time to investigate their cases where the investigation involves investigation in the Northern District of California as well as in the State of Washington and to meet with and advise their respective clients, where defendants live outside of the Eastern District of California as well as for continuity of counsel where new counsel is hired for defendant Tarsem Singh who will require sufficient time for investigation and case preparation and evaluation.

I further find that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare per local code T4, up to and including October 27, 2008.

Dated: August 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4