```
 1  WILLIAM E. BONHAM
    Attorney at law, SB #55478
 2  Hotel de' France Bldg., Old Sacramento
    916 Second Street, 2nd Floor, Suite A
 3  Sacramento, California 95814

 4  Telephone:  (916) 557-1113
    Facsimile:  (916) 557-1118
 5  Email: billbonham@mylaw.comcastbiz.net

 6

 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9

10

11  UNITED STATES OF AMERICA,      )  No. CR.S-07-00570 FCD
                                   )
12                 Plaintiff,      )  STIPULATION AND ORDER
              v.                   )
13                                 )
                                   )
14  JOHN WAYNE CONN, et al.        )
                                   )
15                 Defendants.     )
    _____)
16
```

17       The defendants, through their undersigned counsel, and the
18  United States, through its undersigned counsel, agree and
19  stipulate that the status conference hearing currently scheduled
20  for Monday, February 23, 2009 should be vacated and continued
21  until Monday, **May 4, 2009**, at 10:00 a.m. for status conference.
22       The continuance is necessary to allow defense counsel
23  additional time to investigate their cases where, where as
24  previously stated as basis for the last continuance, the
25  investigation involves investigation in the East bay area and
26  Humboldt County of the Northern District of California as well as
27  the State of Washington, as well as, for counsel to meet with and
28  advise their respective clients, most of the defendants live
    outside of the Eastern District of California and as far as

Humboldt County and State of Washington.

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] up to and including May 4, 2009.

Accordingly, the defendants and the United States agree and stipulate that the status conference should be continued until 10:00 a.m. on Monday, May 4, 2009.  Furthermore, the Defendants and the United States agree and stipulate that the needs of counsel and for continuity of counsel with new counsel for defendant Tarsem Singh, more time is imperative for effective assistance of counsel, to investigate their cases and for trial preparation and sufficient time to advise their respective clients, exceeds the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.

All parties have given authorization to sign this stipulation on their behalf.

Dated: February 19, 2009

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                    /s/ Heiko Coppola
                           By:_____
                              Heiko Coppola
                              Assistant U.S. Attorney

Dated: February 19, 2009
                                    JOHN WAYNE CONN
                                    Defendant

                           By:/s/William E. Bonham
                              WILLIAM BONHAM
                              Counsel for Defendant

```
 1
 2  Dated: February 19, 2009
                                    MICHEL CHUNG-ILL KANG
 3                                  Defendant

 4                               By:/s/ Alexandra Paradis Negin
                                    ALEXANDRA PRADIS NEGIN
 5                                  Counsel for Defendant

 6
    Dated: February 19, 2009
 7                                   LAKHVINDER SINGH
                                     Defendant
 8
                                 By:/s/ Johnny L. Griffin, III
 9                                  JOHNNY L. GRIFFIN, III
                                    Counsel for Defendant
10
11  Dated: February 19, 2009
                                     TARSEM SINGH
12                                   Defendant

13                               By:/s/ John R. Crowley
                                    JOHN R. CROWLEY
14                                  Counsel for Defendant

15
16  Dated: February 19, 2009
                                     JAMES ASHFORD WHITE
17                                   Defendant

18                               By:/s/ Michel Stepanian
                                    MICHAEL STEPANIAN
19                                  Counsel for Defendant

20                               By:/s/ Randy Sue Pollock
                                    RANDY SUE POLLOCK
21                                  Counsel for Defendant

22
23  /
    /
24  /
    /
25  /
    /
26  /
    /
27  /
28
```

**ORDER**

IT IS SO ORDERED. This matter is continued until 10:00 a.m. on Monday, **May 4, 2009** for further status.

I find that the continuance is necessary to allow defense counsel additional time to investigate their cases where the investigation involves investigation in the Northern District of California as well as in the State of Washington and to meet with and advise their respective clients, where defendants live outside of the Eastern District of California as well as for continuity of counsel where new counsel is hired for defendant Tarsem Singh who will require sufficient time for investigation and case preparation and evaluation.

I further find that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare per local code T4, up to and including May 4, 2009.

Dated: February 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE