1  WILLIAM E. BONHAM
   Attorney at law, SB #55478
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd Floor, Suite A
3  Sacramento, California 95814

4  Telephone:  (916) 557-1113
   Facsimile:  (916) 557-1118
5  Email: billbonham@mylaw.comcastbiz.net

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10 UNITED STATES OF AMERICA,    )   **CR.S-07-CR-00570 FCD**
                                )
11              Plaintiff,      )   STIPULATION AND ORDER
          v.                    )
12                              )
                                )
13 JOHN WAYNE CONN, et al.      )
                                )
14              Defendants.     )
   _____)

15

16      The defendants, through their undersigned counsel, and the
17 United States, through its undersigned counsel, agree and
18 stipulate that the status conference hearing currently scheduled
19 for Monday, May 4, 2009 should be vacated and continued until
20 Monday, **June 22, 2009**, at 10:00 a.m. for status conference.
21      The continuance is necessary to allow defense counsel
22 additional time to investigate their cases where, where as
23 previously stated as basis for the last continuance, the
24 investigation involves investigation in the East bay area and
25 Humboldt County of the Northern District of California as well as
26 the State of Washington, as well as, for counsel to meet with and
27 advise their respective clients, most of the defendants live
28 outside of the Eastern District of California and as far as
   Humboldt County and State of Washington.  There has been delay in

scheduling and obtaining approval for investigation travel on appointed cases.

The parties further agree and stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare [local code T4] up to and including June 22, 2009.

Accordingly, the defendants and the United States agree and stipulate that the status conference should be continued until 10:00 a.m. on Monday, June 22, 2009. Furthermore, the Defendants and the United States agree and stipulate that the needs of counsel and for continuity of counsel with new counsel for defendant Tarsem Singh, more time is imperative for effective assistance of counsel, to investigate their cases and for trial preparation and sufficient time to advise their respective clients, exceeds the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.

All parties have given authorization to sign this stipulation on their behalf.

Dated: May 30, 2009

                      McGREGOR W. SCOTT
                      United States Attorney

                        /s/ Heiko Coppola
                  By:_____
                      Heiko Coppola
                      Assistant U.S. Attorney

Dated: May 30, 2009

                      JOHN WAYNE CONN
                      Defendant

                  By:/s/William E. Bonham
                      WILLIAM BONHAM
                      Counsel for Defendant

```
 1
 2  Dated: May 30, 2009
 3                                          MICHEL CHUNG-ILL KANG
                                            Defendant
 4
                                         By:/s/ Alexandra Paradis Negin
 5                                          ALEXANDRA PRADIS NEGIN
                                            Counsel for Defendant
 6
 7  Dated: May 30, 2009
                                            LAKHVINDER SINGH
 8                                          Defendant

 9                                       By:/s/ Johnny L. Griffin, III
                                            JOHNNY L. GRIFFIN, III
10                                          Counsel for Defendant

11
    Dated: May 30, 2009
12                                                  TARSEM SINGH
                                            Defendant
13
                                         By:/s/ John R. Crowley
14                                          JOHN R. CROWLEY
                                            Counsel for Defendant
15
16  Dated: May 30, 2009
                                            JAMES ASHFORD WHITE
17                                          Defendant

18                                       By:/s/ Michel Stepanian
                                            MICHAEL STEPIAN
19                                          Counsel for Defendant

20                                       By:/s/ Randy Sue Pollock
                                            RANDY SUE POLLOCK
21                                          Counsel for Defendant

22

23  /
    /
24  /
    /
25  /
    /
26  /
    /
27  /

28
```

**ORDER**

IT IS SO ORDERED. This matter is continued until 10:00 a.m. on Monday, **June 22, 2009** for further status.

I find that the continuance is necessary to allow defense counsel additional time to investigate their cases where the investigation involves investigation in the Northern District of California as well as in the State of Washington and to meet with and advise their respective clients, where defendants live outside of the Eastern District of California. Defense counsel will require additional time for investigation and case preparation and evaluation.

I further find that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare per local code T4, up to and including June 22, 2009.

Dated: May 1, 2009

```
_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE
```