IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHUNG-ILL KANG,<br><br>　　　　Defendant. | CASE NO. CR-S-07-0570 FCD<br><br>ORDER CONTINUING STATUS HEARING AND TO SET CHANGE OF PLEA HEARING AND TO EXCLUDE TIME |

　　For the reasons set forth in the stipulation of the parties, filed on June 18, 2009, IT IS HEREBY ORDERED that the status conference hearing be continued to a change of plea hearing which is currently scheduled for June 22, 2009, be continued to August 17, 2009.

　　The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 18, 2009 stipulation, the time under the Speedy Trial Act is excluded from June 18, 2009, through August 17, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 18, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE