```
DANIEL BRODERICK, Bar # 89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERALD DOUGLAS BROWN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-CR-570-FCD-2 |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| MICHAEL CHUNG-ILL KANG, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, and LEXI NEGIN, Assistant Federal Defender, attorney for defendant, that the conditions of pretrial supervision be modified to remove the curfew condition.

August 11, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

  /S/LEXI NEGIN
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
GERALD DOUGLAS BROWN


LAWRENCE K. BROWN
Acting United States Attorney

  /S/ HEIKO COPPOLA
HEIKO COPPOLA
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: August 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/kang0570.stipord

2