DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL KANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-07-0570 FCD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **EXTENSION OF SELF-SURRENDER DATE** |
| v. | ) |
| | ) Judge: Frank C. Damrell, Jr. |
| MICHAEL KANG | ) |
| Defendant. | ) |

Mr. Michael Kang, through undersigned counsel, respectfully requests that the Court extend his self-surrender date from December 3, 2010, to January 7, 2011.  The reason for the request is that as of the writing of this motion, the Bureau of Prisons has not yet designated Mr. Kang.  In order for Mr. Kang to have time to travel to the yet unknown federal prison, some advance notice of designation is appropriate.

///

///

///

///

1

Government counsel, Heiko Coppola, stipulates that Mr. Kang's self-surrender date should be continued until January 7, 2011, by which time the Bureau of Prisons should have designated him and he should have enough time to travel to the facility.

DATED: November 23, 2010

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| */s/Heiko Coppola by Lexi Negin*<br>HEIKO COPPOLA<br>Assistant U.S. Attorney<br>Attorney for United States | */s/ Lexi Negin*<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Michael Kang |

## **ORDER**

Upon consideration of defendant's unopposed Motion to Extend Self-Surrender Date it is hereby:

ORDERED, that defendant's Motion to Extend Self-Surrender Date is GRANTED; and it is further,

ORDERED, that the defendant, Michael Kang, surrender to the facility designated by the Bureau of Prisons, or to the United States Marshal Service by 2:00 p.m. on the 7TH day of January, 2011.

DATE: November 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE