IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-0570 (FCD) |
| Plaintiff, | ) | |
| v. | ) | ORDER EXONERATING BOND |
| MICHAEL KANG | ) | |
| Defendant. | ) | |

The Court finds that Mr. Kang was released pursuant to a $120,000.00 property bond which he posted to the Clerk of the Court. Mr. Kang's case is closed and he is presently in custody serving his sentence. He satisfied all of his obligations to the Court.

THEREFORE, it is hereby ORDERED that the $120,000.00 property bond in this case is ordered exonerated and that the Clerk of the Court is directed to reconvey to the sureties, Caroline and Keum Kang, property posted on behalf of Mr. Kang.

DATED: January 20, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD1.crim
kang0570.ord.wpd